FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 24 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**EDWARD VALLEZ, a.k.a. "Dopey,"**<br><br>Defendant. | CRIMINAL NO. 23-749 WJ<br><br>21 U.S.C. §§ 841(a)(1) and (b)(1)(A):<br>Possession with Intent to Distribute 400<br>Grams and More of Fentanyl (N-phenyl-<br>N-[1-(2-phenylethyl)-4-piperidinyl]<br>propanamide). |

# INDICTMENT

The Grand Jury charges:

On or about February 9, 2023, in Bernalillo County, in the District of New Mexico, the defendant, **EDWARD VALLEZ**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved 400 grams and more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

## FORFEITURE ALLEGATION

Upon conviction of an offense in violation of 21 U.S.C. § 841, the defendant, **EDWARD VALLEZ**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of each offense for which the defendant is convicted, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s).

The property to be forfeited to the United States includes, but is not limited to: approximately $112,204 in United States currency.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney